```
 1 | GEORGE S. CARDONA
   | Acting United States Attorney
 2 | SANDRA R. BROWN
   | Assistant United States Attorney
 3 | Chief, Tax Division
   | THOMAS D. COKER [SBN 136820]
 4 | Assistant United States Attorney
   |    Room 7211, Federal Building
 5 |    300 N. Los Angeles Street
   |    Los Angeles, California  90012
 6 |    Telephone: (213) 894-2454
   |    Facsimile: (213) 894-0115
 7 | e-mail: thomas.coker@usdoj.gov
```

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 2 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEP

Attorneys for the United States of America, Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CV10-00195-mmm(RZx) |
|---|---|
| Petitioner, | ) [PROPOSED] |
| | ) ORDER TO SHOW CAUSE |
| v. | ) |
| ROSARIO R. SCALISE, | ) |
| Respondent. | ) |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons. *See* United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*, Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the

1 | Government's *prima facie* case is typically made through the
2 | sworn declaration of the IRS agent who issued the summons);
3 | *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233
4 | (9th Cir. 1993).
5 |     Therefore, **IT IS ORDERED** that Respondent appear before
6 | this District Court of the United States for the Central
7 | District of California, in Courtroom No. _____,

☐ United States Courthouse
   312 North Spring Street, Los Angeles, California, 90012

☒ Roybal Federal Building and United States Courthouse
   255 E. Temple Street, Los Angeles, California, 90012

☐ Ronald Reagan Federal Building and United States Courthouse
   411 West Fourth Street, Santa Ana, California, 92701

☐ Brown Federal Building and United States Courthouse
   3470 Twelfth Street, Riverside, California, 92501

☐ _____

on ~~FEBRUARY 22~~ *March 15*, 2010, at *10:00 A.*m., and show cause why the testimony and production of books, papers, records, and other data demanded in the subject Internal Revenue Service summons should not be compelled.

    **IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or the United States Attorney's Office, by personal delivery or by certified mail.

1     **IT IS FURTHER ORDERED** that within ten (10) days after
2 service upon Respondent of the herein described documents,
3 Respondent shall file and serve a written response,
4 supported by appropriate sworn statements, as well as any
5 desired motions. If, prior to the return date of this Order,
6 Respondent files a response with the Court stating that
7 Respondent does not desire to oppose the relief sought in the
8 Petition, nor wish to make an appearance, then the
9 appearance of Respondent at any hearing pursuant to this
10 Order to Show Cause is excused, and Respondent shall be
11 deemed to have complied with the requirements of this Order.
12     **IT IS FURTHER ORDERED** that all motions and issues
13 raised by the pleadings will be considered on the return date
14 of this Order. Only those issues raised by motion or brought
15 into controversy by the responsive pleadings and supported
16 by sworn statements filed within ten (10) days after service
17 of the herein described documents will be considered by the
18 Court. All allegations in the Petition not contested by such
19 responsive pleadings or by sworn statements will be deemed
20 admitted.
21 DATED: 01-22-10

                                  _Margaret M. Morrow_
22                          UNITED STATES DISTRICT JUDGE

23 Presented By:
24 GEORGE S. CARDONA
   United States Attorney
25 SANDRA R. BROWN
   Assistant United States Attorney
26 Chief, Tax Division
27 _Thomas D. Coker_
   THOMAS D. COKER
28 Assistant United States Attorney

3