ANDRÉ BIROTTE JR.  
United States Attorney  
SANDRA R. BROWN  
Assistant United States Attorney  
Chief, Tax Division  
THOMAS D. COKER [SBN 136820]  
Assistant United States Attorney  
   Room 7211, Federal Building  
   300 N. Los Angeles Street  
   Los Angeles, California 90012  
   Telephone: (213) 894-  
   Facsimile: (213) 894-0115  

**E-Filed: 03.15.10**

JS - 6

Attorneys for the United States of America,  
Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>  v.<br><br>ROSARIO R. SCALISE,<br><br>    Respondent. | Case No. CV 10-00195-MMM(RZx)<br><br>[**PROPOSED**]<br><br>ORDER GRANTING PETITION TO EN-FORCE INTERNAL REVENUE SERVICE SUMMONS |

    The above case came on for hearing before the Honorable Margaret M. Marrow, United States District Judge, on March 15, 2010, upon the United States' Petition to Enforce Internal Revenue Service Summons and this Court's Order to Show Cause.

    The Court has carefully considered the papers filed and the entire record herein.  Determining that good cause appears thereon, the Court grants the United States' Petition to Enforce Internal Revenue Service Summons.

1. The Internal Revenue Service Summons served on respondent on September 30, 2009, is **ENFORCED**.

2. Respondent shall appear before Revenue Officer S. Hadley, or any other authorized employee of the Internal Revenue Service so designated by the Internal Revenue Service, at the following date, time, and place:

>    Date:  April 12, 2010
>    Time:  9:00 a.m.
>    Place: Compliance Division
>           Internal Revenue Service
>           9350 E. Flair Drive
>           El Monte, CA  91731

or at such reasonable time as otherwise directed in writing by Revenue Officer Hadley, or any other authorized employee of the Internal Revenue Service so designated by the Internal Revenue Service, and at that time, respondent shall give the testimony and produce all books, records, papers, and other data demanded in the subject summons.  The respondent's appearance shall continue from day-to-day thereafter at the same location for as long as is necessary to provide the testimony demanded in the summons and to make available for inspection and copying the produced books, records, papers, and other data demanded in the summons.

///

///

///

2

1       3.   Failure by respondent Rosario R. Scalise to comply
2 with the terms of this Order may be grounds for finding
3 respondent in contempt of Court.
4       **IT IS SO ORDERED.**

6 DATED: March 15, 2010         _____/s/ Margaret M. Marrow_____
7                                 Margaret M. Marrow
                                United States District Judge

20 ANDRÉ BIROTTE JR.
   United States Attorney
21 SANDRA R. BROWN
   Assistant United States Attorney
22 Chief, Tax Division

23 _____/s/_____
   THOMAS D. COKER
24 Assistant United States Attorney

25 Attorneys for United States of America

1
2      **PROOF OF SERVICE BY MAILING**
3      I am over the age of 18 and not a party to the within action.  I am
4 employed by the Office of the United States Attorney, Central District of
5 California.  My business address is 300 North Los Angeles Street, Suite 7211, Los
6 Angeles, California 90012.
7      On **March 15, 2010**, I served
8      **(PROPOSED) ORDER GRANTING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**
9
10 on each person or entity name below by enclosing a copy in an envelope addressed
11 as shown below and placing the envelope for collection and mailing on the date
12 and at the place shown below following our ordinary office practices.  I am
13 readily familiar with the practice of this office for collection and processing
14 correspondence for mailing.  On the same day that correspondence is placed for
15 collection and mailing, it is deposited in the ordinary course of business with
16 the United States Postal Service in a sealed envelope with postage fully prepaid.
17 Date of mailing: **March 15, 2010**
18      Place of mailing: Los Angeles, California
19      **See attached list**
20 I declare under penalty of perjury under the laws of the United States of America
21 that the foregoing if true and correct.
22      I declare that I am employed in the office of a member of the bar of this
23 court at whose direction the service was made.
24      Executed on: **March 15, 2010**, Los Angeles, California.
25                                                       /s/
26                                          _____
27                                                   **Barbara Le**
28

4

**RE:   UNITED STATES OF AMERICA V. ROSARIO R. SCALISE**

**CASE NO.: CV 10-00195 MMM (RZx)**

<u>**Service List**</u>

Rosario R. Scalise
915 Sweetland Street
Claremont, CA 91711-4163